UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:18CR135 |
| ) | The Hon. John A. Gibney, Jr. |
| CHRISTOPHER WILLS, ) | |
|   *Petitioner*. ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the undersigned counsel and moves to withdraw from his representation of Petitioner Christopher Wills in this proceeding pursuant to 28 U.S.C. § 2255. In support of his motion, counsel states as follows:

1. Petitioner Christopher Wills filed a motion pursuant to 28 U.S.C. § 2255 on November 4, 2019 (ECF Doc. No. 130). In his motion, Mr. Wills sought relief on four grounds. The Court denied Mr. Wills relief on claims 1-4(a), but granted him an evidentiary hearing on claim 4(b), in which Mr. Wills alleges that his trial counsel was ineffective for failing to file an appeal despite Mr. Wills's instructions to the contrary.

2. The Court appointed undersigned counsel to represent Mr. Wills in this evidentiary hearing, which was set for May 25, 2022.

3. Unfortunately, there has been a breakdown in communication between counsel and client, making it impossible for undersigned counsel to effectively represent Mr. Wills at the evidentiary hearing.

4. The undersigned counsel has notified the attorney for the United States of his intent to file this motion and will mail a copy of the motion to Mr. Wills.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this Motion, allow him to withdraw from his representation of Mr. Wills, and appoint Mr. Wills new counsel for the evidentiary hearing.

                                              Respectfully Submitted,
                                              **CHRISTOPHER WILLS**

By:         /s/
      W. Davis Powell (VSB # 84324)
      BYRNE CANAAN LAW
      3117 W. Clay Street, Suite 200
      Richmond, Virginia 23230
      Telephone: 804.806.4800
      Facsimile: 804.806.4820
      dpowell@byrnecanaanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to:

    Stephen E. Anthony
    Office of the U.S. Attorney
    SunTrust Building
    919 East Main Street
    Suite 1900
    Richmond, VA 23219

                                                /s/
      W. Davis Powell (VSB # 84324)
      BYRNE CANAAN LAW
      3117 W. Clay Street, Suite 200
      Richmond, Virginia 23230
      Telephone: 804.806.4800
      Facsimile: 804.806.4820
      dpowell@byrnecanaanlaw.com