IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal Action No. 3:18cr135

CHRISTOPHER WILLS,
      Petitioner.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

1. Claim Four (b) and the action are DISMISSED;

2. The § 2255 Motion, (ECF No. 130), is DENIED; and,

3. A certificate of appealability is DENIED.

Should Wills desire to appeal, he must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a written notice of appeal may result in the loss of the ability to appeal.

The Clerk is DIRECTED to send a copy of this Memorandum Opinion and Order to Wills and counsel of record.

It is so ORDERED.

Date: 27 June 2022
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge