# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 3:18-cr-185 |
| | ) |
| CHRISTOPHER WILLS, | ) |
| | ) |
| Defendant. | ) |

## COUNSEL'S NOTICE IN RESPONSE TO ORDER

Gerald Thomas Zerkin, former counsel for Defendant, Christopher Wills, states, in response to the Court's Order of February 13, 2024 (ECF # 191), that he has a conflict of interest due to the fact that Defendant previously filed a claim of ineffective assistance of counsel against counsel, in connection with which counsel was required to both file an Affidavit and testify.

*s/Gerald Thomas Zerkin*
Gerald Thomas Zerkin
Attorney-At-Law
VA Box 5665
Richmond VA 23220
(804) 921-4885
zerkingt@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of February, 2024, I filed the foregoing with the ECF system, which will send a copy thereof to counsel of record.

*s/ Gerald Thomas Zerkin*
Gerald Thomas Zerkin
Attorney-At-Law
Virginia Bar #16270
P.O. Box 5665
Richmond, VA 23220
(804) 921-4885
zerkingt@msn.com
